# EXHIBIT C

**COMMONWEALTH OF KENTUCKY**
**JOHNSON CIRCUIT COURT**
**CIVIL DIVISION II**
**CASE NO. 20-CI-00151**

**PAINTSVILLE HOSPITAL COMPANY, LLC, et al.**                **PLAINTIFFS**

**v.**

**AMNEAL PHARMACEUTICALS, LLC, et al.**                        **DEFENDANTS**

### AGREED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby ORDERED and ADJUDGED that Defendant, Cardinal Health, Inc. ("Defendant"), is granted an extension of time up to and including September 8, 2020, within which to file an Answer or otherwise respond to Plaintiffs' Complaint. Defendant has agreed to save the expense of serving a summons and complaint in this case, and Defendant retains all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waives any objections to the absence of a summons or of service.

Dated: _____, 2020.

_____
Hon. John David Preston, Judge
Johnson Circuit Court

**HAVE SEEN AND AGREED TO:**

/s/Monica H. Braun
Steven B. Loy
Monica H. Braun
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY  40507-1801
Telephone:  (859) 231-3000
steven.loy@skofirm.com
monica.braun@skofirm.com

*Counsel for Defendant Cardinal Health, Inc.*

/s/Joseph M. Kramer (with permission by MHB)
Richard G. Meyer
Matthew R. Klein
Mark D. Guilfoyle
Joseph M. Kramer
DRESSMAN BENZINGER LAVELLE PSC
207 Thomas More Parkway
Crestview Hills, KY 41017
Telephone:  859-341-1881
rmeyer@dbllaw.com
mklein@dbllaw.com
mguilfoyle@dbllaw.com
jkramer@dbllaw.com

*Counsel for Plaintiff*

NOT ORIGINAL DOCUMENT
07/17/2020 01:44:45 PM
94536

COMMONWEALTH OF KENTUCKY
JOHNSON COUNTY CIRCUIT COURT
CIVIL DIVISION II

| | |
|---|---|
| **PAINTSVILLE HOSPITAL COMPANY, LLC, et al.,** ) ) ) | |
| **Plaintiffs,** ) ) ) | Case No.: 20-CI-00151 |
| v. ) ) | |
| **PURDUE PHARMA L.P., et al.,** ) ) | |
| **Defendants.** ) | |

### JOINT STIPULATION FOR TIME EXTENSION

COME NOW all Plaintiffs and Defendants, The Kroger Co.; Kroger Limited Partnership I; Kroger Limited Partnership II; Walgreens Boots Alliance, Inc.; Walgreen Co.; Walgreen Eastern Co., Inc.; Walmart Inc.; Wal-Mart Stores East, LP; Rite Aid of Kentucky, Inc.; CVS Health Corporation; CVS Pharmacy, Inc.; and Kentucky CVS Pharmacy, L.L.C. (hereinafter the "Retail Pharmacy Defendants"), and hereby jointly stipulate that (1) the Retail Pharmacy Defendants have accepted service of process for the Complaint, effective July 10, 2020; and (2) the Retail Pharmacy Defendants must file their respective responsive pleadings or otherwise respond on or before September 8, 2020. This Joint Stipulation is made with the understanding that each of the Retail Pharmacy Defendants will keep all rights or defenses they may have, including, but not limited to, lack of personal jurisdiction, but waives any objections to the absence of a summons or of service.

Counsel for all of the Plaintiffs and the above-named Retail Pharmacy Defendants have given the undersigned counsel permission to file this Stipulation on their behalf.

DATED: July 16, 2020

Respectfully Submitted,

/s/ Joseph M. Kramer
Richard G. Meyer (#47554)
Mathew R. Klein (#84695)
Mark D. Guilfoyle (#27625)
Joseph M. Kramer (#97505)
**DRESSMAN BENZINGER LAVELLE PSC**
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881
rmeyer@dbllaw.com
mklein@dbllaw.com
mguilfoyle@dbllaw.com
jkramer@dbllaw.com

***Attorney for Plaintiffs***


/s/ Andrew L. Sparks
Andrew L. Sparks
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, Kentucky  40507
Telephone: (859) 899-8700
Facsimile: (844) 670-6009
asparks@dickinsonwright.com

***Counsel for Walmart Inc. and Wal-Mart Stores East, LP***


/s/ Robert E. Stopher
Robert E. Stopher (KBA #68390)
Robert D. Bobrow (KBA #85871)
BOEHL STOPHER & GRAVES, LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
E-mail: rstopher@bsg-law.com
           rbobrow@bsg-law.com

***Counsel for CVS Health Corporation, CVS Pharmacy, Inc. and* Kentucky CVS Pharmacy, L.L.C.**

                                */s/ Elisabeth S. Gray*
Mark S. Fenzel
Elisabeth S. Gray
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, KY 40202
Phone: (502) 584-1135
mfenzel@middletonlaw.com
egray@middletonlaw.com

-and-

Coleen M. Meehan (pro hac anticipated)
Elisa P. McEnroe (pro hac anticipated)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
coleen.meehan@morganlewis.com
elisa.mcenroe@morganlewis.com

-and-

Kelly A. Moore (pro hac anticipated)
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-66112
Facsimile: (212) 309-6001
kelly.moore@morganlewis.com

***Counsel for Defendant Rite Aid of Kentucky, Inc.***

/s/ *Ronda L. Harvey* *
Ronda L. Harvey Esq.
Fazal A. Shere, Esq.
Jennifer B. Hagedorn, Esq.
BOWLES RICE LLP
600 Quarrier Street
Charleston, West Virginia 25301
304-347-1100
rharvey@bowlesrice.com
fshere@bowlesrice.com
jhagedorn@bowlesrice.com

*pro hac vice applications will be filed*

**Counsel for Defendants The Kroger Co., Kroger Limited Partnership I and Kroger Limited Partnership II**

/s/ *Frank K. Tremper*
Mark G. Arnzen
Frank K. Tremper
Arnzen, Storm & Turner, P.S.C.
600 Greenup Street
Covington, KY 41011
Telephone: 859-431-6100
Facsimile: 859-292-7654
marzen@arzenlaw.com
ftremper@arzenlaw.com

**Attorneys for Defendants Walgreens Boots Alliance, Inc., Walgreen Co., and Walgreen Eastern Co., Inc.**

COMMONWEALTH OF KENTUCKY
JOHNSON COUNTY CIRCUIT COURT
CIVIL DIVISION ____

| | |
|---|---|
| PAINTSVILLE HOSPITAL COMPANY, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 20-CI-00151 ) ) |
| PURDUE PHARMA L.P., et al., | ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER REGARDING EXTENSION TO RESPOND TO COMPLAINT**

Pursuant to the Joint Stipulation for Time Extension filed by all Plaintiffs and Defendants, The Kroger Co.; Kroger Limited Partnership I; Kroger Limited Partnership II; Walgreens Boots Alliance, Inc.; Walgreen Co.; Walgreen Eastern Co., Inc.; Walmart Inc.; Wal-Mart Stores East, LP; Rite Aid of Kentucky; CVS Health Corporation; CVS Pharmacy, Inc.; and Kentucky CVS Pharmacy, L.L.C. (hereinafter the "Retail Pharmacy Defendants"), and good cause appearing therefore,

IT IS HEREBY ORDERED that (1) the Retail Pharmacy Defendants have accepted service of process for the Complaint, effective July 10, 2020; and (2) the deadline for Retail Pharmacy Defendants to respond to Plaintiffs' Complaint is hereby extended through September 8, 2020.

Date: _____

_____
The Honorable John David Preston
Circuit Court Judge